**Coy PHELPS, Plaintiff—Appellant,**

v.

**Marilyn PATEL; et al., Defendants— Appellees.**

**No. 05–15578.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Coy Phelps, Ayer, MA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jocelyn Burton, Esq., USSF–Office of the U.S. Attorney, San Francisco, CA, for Defendant–Appellee.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Federal prisoner Coy Phelps appeals pro se from the district court's judgment dismissing his Bivens action alleging that a federal judge, an assistant United States Attorney, the United States Attorney and two probation officers violated his civil rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Mullis v. United States Bankr.Court,* 828 F.2d 1385, 1388 (9th Cir.1987), and we affirm.

The district court properly dismissed Phelps's claims against United States District Judge Patel as barred by judicial immunity. *See id.*

The district court also properly dismissed Phelps's claims against the United States Attorney and an assistant United States Attorney as barred by prosecutorial immunity. *See Imbler v. Pachtman,* 424 U.S. 409, 431, 96 S.Ct. 984, 47 L.Ed.2d 128 (1976).

Phelps's claims against the two probation officers are barred by quasi-judicial immunity. *See Demoran v. Witt,* 781 F.2d 155, 157–58 (9th Cir.1986).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.